1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**
9  **CENTRAL DISTRICT OF CALIFORNIA**
10

| CHRIS LANGER, | No. 2:20-cv-10165-JAK (SKx) |
| | |
| Plaintiff, | **JUDGMENT** |
| | |
| v. | **JS-6** |
| | |
| EQUITY LIFESTYLE PROPERTIES, INC., et al., | |
| | |
| Defendants. | |

1

Judgment is hereby entered in favor of Defendant Equity Lifestyle Properties, Inc. ("Defendant") and against Plaintiff Chris Langer ("Plaintiff"). Plaintiff shall take nothing by way of his operative Complaint, and all of Plaintiff's claims are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  July 18, 2023

_____

John A. Kronstadt

United States District Judge

2